IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL LOPEZ TDCJ # 2162072, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-3045 |
| CHRISTOPHER N. GARCIA, et al., | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order of even date, this case is **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas, on this 19th day of February, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE